UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-24366-CIV-COOKE/BANDSTRA

MEGAN LAICH
And others similarly situated,

    Plaintiff(s)

vs.

FIRST AND SECOND, LLC
DANIEL CONESA,
JORDI VERITE

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to the Honorable Court's order to Plaintiff to file Notice of Court Practice in FLSA Cases, Plaintiff files this Plaintiff's Statement of Claim. As grounds, the Plaintiff's states: Plaintiff's good faith estimate of unpaid wages is as follows:

a. While employed by Defendant, Plaintiffs worked an average of 55 hours a week without being compensated at the rate of not less than one and one half times the regular rate at which she was employed. Plaintiff was paid approximately $15.00 an hour from November of 2009 through April of 2010 but was not properly compensated for straight time or overtime wages for the hours that she worked in excess of 40 hours per week. Plaintiff seeks to recover for unpaid overtime wages accumulated from the date of hire and/or from 3 (three) years from the date of the filing of this complaint.

Plaintiff is owed $7.50 an hour overtime for 15 hours of unpaid overtime weekly totaling $112.50 a week for approximately 32 weeks or $3,600 plus liquidated damages of $3,600 totaling $7,200. Plaintiff is also owed straight time wages of $8,700 for hours Defendant failed to pay Plaintiff. Plaintiff is owed $15,900 in unpaid wages.

b. Nature of wages (e.g. overtime or straight time):

This amount represents unpaid straight time and overtime wages and liquidated damages.

c. Attorneys' Fees

To date, Plaintiff's attorneys' fees to date include three hours at $275 an hour.

WHEREFORE, based on the foregoing, the Plaintiff files Statement of Claim.

Respectfully submitted,

REMER & GEORGES-PIERRE, PLLC

11900 Biscayne Boulevard
Suite 288
Miami, FL 33181
Phone: (305) 416-5000
Fax:    (305) 416-5005

By: _____
Jason S. Remer, Esq.
FBN: 0165580

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was Efiled on this _22_ day of _February_ 2010.

By: _____
Jason S. Remer, Esq.
FBN: 0165580